# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

EVELYN GARRISON                                                                                         PLAINTIFF

VS.                                              4:12CV00737   SWW

CONAGRA FOODS PACKAGED FOODS LLC                                              DEFENDANT

## ORDER

Andrew J. Weissler and Josef S. Glynias with Husch Blackwell Law Firm, are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse on *March 19, 2013 for a hearing in 4:12CV00737 before Judge Susan Webber Wright* subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the Courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel.  This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.  A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 18th day of March 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE