IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EVELYN GARRISON, ELBIE CANNON, *
AIDET ELIAS, TRACY EMERY, RUBEN *
GARCIA, DAVID B. GEORGE, *
CHRISTOPHER JOHNSON, KYLE *
MOSS, TONIA ORNDORFF, LANE A. *
SCOTT AND CHRIS A. WILLIAMS, *
Each Individually And On Behalf Of All *
Others Similarly Situated, *
 *
          Plaintiffs, *
vs. * No. 4:12-cv-00737-SWW
 *
 *
CONAGRA FOODS PACKAGED *
FOOD, LLC d/b/a CONAGRA FOODS, *
 *
          Defendant. *

## ORDER

Having been informed by the defendant of the need for an extension of the motions deadline and that there is no objection from the plaintiffs, the Court hereby extends the motions deadline up to and including June 27, 2014.

    IT IS SO ORDERED this 19th day of June 2014.

                      /s/Susan Webber Wright
                      UNITED STATES DISTRICT JUDGE