IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| EVELYN GARRISON, ELBIE CANNON, AIDET ELIAS, TRACY EMERY, RUBEN GARCIA, DAVID B. GEORGE, CHRISTOPHER JOHNSON, KYLE MOSS, TONIA ORNDORFF, LANE A. SCOTT AND CHRIS A. WILLIAMS, Each Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br><br> CONAGRA FOODS PACKAGED FOOD, LLC d/b/a CONAGRA FOODS, <br><br> Defendant. | * * * * * * * * * * * * * * * * * * |

No. 4:12-cv-00737-SWW

## ORDER

The unopposed motion [doc.#75] of plaintiffs requesting substitution of signed plaintiffs' declarations for the unsigned declarations that were inadvertently filed is hereby granted. The Clerk is directed to substitute the signed plaintiffs' declarations that are attached to plaintiffs' motion for substitution [doc.#75] for the unsigned declarations that are attached to plaintiffs' response [doc.#73] to defendant's motion for summary judgment.

Having been informed by the defendant of the need for an extension of time in which to file a reply to plaintiffs' response [doc.#73] to defendant's motion for summary judgment [doc.#69] and that there is no objection from the plaintiffs, the time for

defendant to file a reply is hereby extended up to and including August 11, 2014.[1]

IT IS SO ORDERED this 1st day of August 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] See CM/ECF Administrative Policies and Procedures Manual for Civil Filing, § III.A.3. ("time sensitive filings, which are electronically filed on the last day of any given deadline, shall be filed by 5:00 p.m., unless otherwise ordered by the Court.").