IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| EVELYN GARRISON, ELBIE CANNON, AIDET ELIAS, TRACY EMERY, RUBEN GARCIA, DAVID B. GEORGE, CHRISTOPHER JOHNSON, KYLE MOSS, TONIA ORNDORFF, LANE A. SCOTT AND CHRIS A. WILLIAMS, Each Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br><br> CONAGRA FOODS PACKAGED FOODS, LLC d/b/a CONAGRA FOODS, <br><br> Defendant. | * * * * * * * * * * * * * * * * * * * * |

No. 4:12-cv-00737-SWW

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED this 6th day of January 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE